## JAMES BROWN *v.* COMMISSIONER OF CORRECTION

The petitioner James Brown's petition for certification for appeal from the Appellate Court, 105 Conn. App. 903 (AC 28096), is denied.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

Decided March 6, 2008

## STATE OF CONNECTICUT *v.* PATRICK D. SMITH

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 278 (AC 28188), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Auden Grogins,* special public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

Decided March 6, 2008